# EXHIBIT 10 - ORDER OF APPOINTMENT

1st JUDICIAL DISTRICT COURT

PARISH OF CADDO

STATE OF LOUISIANA

| | | |
|---|---|---|
| **CAF BRIDGE BORROWER GS LLC** | * | |
| | * | SUIT NUMBER |
| versus | * | _____ |
| | * | |
| **WKK SHREVEPORT LLC** | * | SECTION "____" |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING WRIT OF SEQUESTRATION
AND APPOINTMENT OF KEEPER**

**CONSIDERING** the Motion for Ex Parte Issuance of Writ of Sequestration of Property, for Seizure of Property, and for Appointment of a Keeper, and the affidavit and exhibits filed by **CAF Bridge Borrower GS LLC ("Lender")**,

**IT IS HEREBY ORDERED** that a writ of sequestration be issued herein for the seizure of the property described in the attached Exhibit "A" (the "**Property**"), ~~and that any requirement for the posting of a bond under Louisiana Code of Civil Pr~~ocedure article 3574 ~~is hereby waived~~. [handwritten: BOND IS SET AT $240,000.00 (two hundred forty thousand and no/100 dollars)]

**IT IS FURTHER ORDERED** that the Sheriff for Caddo Parish, State of Louisiana shall appoint Trigild Property Management, LLC ("Trigild") through its representative, Chris Neilson, as Keeper of the Property from this date through the passing of title as a result of the judicial sale to follow (the "**Keeper**");

**IT IS FURTHER ORDERED** that because the Property consists of apartment complexes, the Sheriff post notices at the Property that the Property has been seized, adequate to give the occupants notice pursuant to La. Code of Civil Procedure article 2293;

**IT IS FURTHER ORDERED** that the Sheriff for Caddo Parish, State of Louisiana shall be authorized and instructed to seize the Property and immediately turn over to the Keeper (as Substitute Custodian) the possession, responsibility, management and control of the Property;

**IT IS FURTHER ORDERED** that the Keeper must receipt for the property and the Sheriff for Caddo Parish, State of Louisiana must attest to the date and time of the release on a certified copy thereof;

**IT IS FURTHER ORDERED** that the Keeper shall be authorized to take all actions which might be required with respect to the Property, including all actions deemed necessary to preserve

and protect the Property in accordance with La.R.S. § 9:5136 *et seq.*, and in accordance with the provisions contained within the Mortgage identified within the Suit filed in this matter, including but not limited to the right: (i) to take all reasonable steps to protect and preserve the Property, and (ii) to lease the Property in accordance with La. R.S. 9:5136 et seq., and in accordance with the provisions contained within the Mortgage;

**IT IS FURTHER ORDERED** that the Keeper be authorized and instructed to manage and operate the Property until further order of this Court, with full authority to carry on, manage and operate the Property in any manner as may be deemed advisable by the Keeper, including the receipt and collection of any and all sums of money arising through the operation or lease of the Property, operate under the authority of any existing permits, contract, leases, and licenses, obtain property and casualty, general liability, worker's compensation, and other liability insurance for the protection of the Property, Keeper, and Lender and the payment of itself reasonable compensation from the revenues of the Property in the amount of $350 per hour, with a minimum of $3,500 per month, plus reimbursement of all reasonable out-of-pocket expenses including reimbursement of in-house counsel at a rate of $450/hour;

**IT IS FURTHER ORDERED** that while in possession and control of the Property, the Keeper may (a) enter upon and take possession and control of any and all of the Property; (b) take and maintain possession of all documents, books, records, papers and accounts relating to the Property; (c) exclude WKK Shreveport LLC (the "Defendant") and its agents, servants and employees wholly from the Property; (d) manage and operate the Property; (e) preserve and maintain the Property; (f) make repairs and alterations to the Property; (g) complete any construction or repair of the Property, with such changes, additions or modifications of the plans and specifications or intended disposition and use of the Property as the Keeper may in its sole discretion deem appropriate or desirable to place the Property in such condition as will, in the Keeper's sole discretion, make it or any part thereof readily marketable or rentable; (h) conduct a marketing or leasing program with respect to the Property, or employ a marketing or leasing agent or agents to do so, directed to the leasing or sale of the Property under such terms and conditions as the Keeper may in its sole discretion deem appropriate or desirable; (i) employ such contractors, subcontractors, materialmen, architects, engineers, consultants, managers, brokers, marketing agents, or other employees, agents, independent contractors or professionals, as the Keeper may,

in its sole discretion, deem appropriate or desirable to implement and effectuate the rights and powers herein granted; (j) execute and deliver, in the name of Lender as attorney-in-fact and agent of Defendant or in its own name as Keeper, such documents and instruments as are necessary or appropriate to consummate authorized transactions; (k) enter into such leases, whether real, immovable or personal property, or tenancy agreements, under such terms and conditions as the Keeper may in its sole discretion deem appropriate or desirable; (l) collect and receive the Rents and Profits from the Property; (m) eject tenants or repossess personal property, as provided by law, for breaches of the conditions of their leases or other agreements; (n) sue for unpaid Rents and Profits, payments, income or proceeds in the name of Defendant or Keeper; (o) maintain actions in forcible entry and detainer, ejectment for possession and actions in distress for rent; (p) compromise or give acquittance for Rents and Profits, payments, income or proceeds that may become due; and (q) do any acts which the Keeper, in its sole discretion, deems appropriate and desirable to protect the security hereof and use such measures, legal or equitable, as Keeper may in its sole discretion deem appropriate or desirable to implement and effectuate the provisions of the Order;

**IT IS FURTHER ORDERED** that the Defendant and related parties are instructed to provide an accounting of and turn over to the Keeper all of the Property, including without limitation, any and all rental payments, lease payments, keys to the Property, accounts receivable, advance deposits or credits received and collected in connection with the Property, house banks, trust accounts, bank accounts, financial records, payroll records, records, contracts for outside services and consultants, certificates and licenses, contracts, leases, rent rolls, fixtures, inventories, supplies, furniture and equipment used or associated therewith, and all other things of value relating to the Property, and to continue to deliver to the Keeper any other records relating to the operation, maintenance and management of the Property;

**IT IS FURTHER ORDERED** that the Defendant and related parties cooperate generally with the Keeper and the Lender in the orderly transition of management of the Property and permit Keeper to carry out the rights and responsibilities set forth in this order;

**IT IS FURTHER ORDERED** that to the extent that Trigild as Keeper, during the pendency of this action elects, in the sole discretion of the Lender, to advance or incur extraordinary expenses for the protection and preservation of the Property, or incurs such other

expenses as may be otherwise provided by the Mortgage identified in the Suit, such amounts are taxed by the Court as costs pursuant to La.R.S.§ 9:5138(C);

**IT IS FURTHER ORDERED** that Keeper be authorized, from time to time, as the needs of the Property may dictate, to obtain funding from Lender, any amounts that Lender and Keeper may jointly agree are necessary for the protection of the Property or to undertake any other right granted to the Keeper by the Mortgage, which indebtedness, shall form part of the indebtedness owed to Lender, bear interest at the Default Interest Rate, and be secured by the Mortgage;

**IT IS FURTHER ORDERED** that the Keeper has the final authority to negotiate the settlement of any and all pending insurance claims resulting from any fire loss at the Property and to receive any and all insurance proceeds which should be paid solely to the Keeper,

**IT IS FURTHER ORDERED** that Lender indemnify, hold harmless and release the Sheriff for Caddo Parish and the State of Louisiana, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of the seizure and, further, that Lender indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said seizure and be responsible and indemnify and hold harmless the Sheriff for Caddo Parish and the State of Louisiana, their agents, servants, employees, and all others for whom they are responsible for all attorneys' fees, costs, expenses, and disbursements incurred in defending against such claims or actions arising out of the seizure of the Property;

**IT IS FINALLY ORDERED** that all of the costs of the Sheriff for Caddo Parish, State of Louisiana be paid prior to release of said Property.

**ORDER SIGNED** in Shreveport, Louisiana on this 11th day of June, 2024.

_____
Judge, 1st Judicial District Court
Parish of Caddo, State of Louisiana

Judge Brady O'Callaghan
First Judicial District Court

-4-

Respectfully submitted:

_/s/ Stephen P. Strohschein_
Stephen P. Strohschein, LA Bar Roll #12541
**HINSHAW & CULBERTSON LLP**
400 Convention Street, Ste. 1001
Baton Rouge, Louisiana 70802
Telephone: (225) 333-3250
Facsimile: (312) 704-3001
Cell Phone: (225) 939-6132
Email: sstrohschein@hinshawlaw.com

COUNSEL FOR CAF BRIDGE BORROWER GS LLC

**PLEASE SERVE SIGNED ORDER:**

WKK Shreveport LLC
Through Its Registered Agent for Service of Process:
Registered Agents, Inc.
201 Rue Beauregard, Ste. 202
Lafayette, LA 70508

## EXHIBIT "A"

### Property Description

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Shreveport, Parish of Caddo, State of Louisiana.

### Tract 1 - Phase 1

A tract of land located in Section 9, Township 17 North, Range 13 West, Caddo Parish, Louisiana and being more particularly described as follows:

> From the Northeast common corner of Lots 361 and 362, Shreve Island Subdivision, Unit No. 4, as recorded in Book 700, Page 155, Records of Caddo Parish, Louisiana, run North 49°48'09" East along a line being a Projection of said Common line of Lots 361 and 362, a distance of 55.36 feet to the intersection of the North Toe line of existing levee and being the Point of Beginning of the tract herein described;
>
> run thence North 70°16'00" East a distance of 15.00 feet;
> run thence North 19°44'00" West a distance of 215.00 feet;
> run thence North 70°16'00" East a distance of 118.05 feet, to a point at the Water's edge of existing Bayou; thence meandering said Water's edge, run South 59°49'30" East a distance of 71.56 feet;
>
> continue thence along said Meander line South 52°31'23" East a distance of 288.21 feet;
> continue thence along said Meander line South 43°03'08" East a distance of 371.31 feet;
> thence along said Meander line South 22°22'57" East a distance of 94.51 feet;
> run thence South 70°16'06" West a distance of 66.71 feet;
> run thence South 25°16'30" West a distance of 129.08 feet;
> run thence South 19°43'30" East a distance of 93.00 feet;
> run thence South 25°16'15" West a distance of 55.00 feet;
> run thence South 19°44'00" East a distance of 54.44 feet;
> run thence South 70°16'06" West a distance of 289.61 feet to the intersection with the North Toe line of existing levee;
> run thence North 19°44'00" West along said North Toe line of existing levee a distance of 795.00 feet to the Point of Beginning.

### Tract 1 - Phase II

A tract of land located in Section 9, Township 17 North, Range 13 West, Caddo Parish, Louisiana, being more particularly described as follows:

> From the North common corner of Lots 361 and 362, Shreve Island Subdivision Unit No. 4, as recorded in Book 700, Page 155, Records of Caddo Parish, Louisiana, run North 49°48'09" East along a line being a projection of said common line of Lots 361 and 362 a distance of 55.36 feet to the intersection of the North Toe line of existing levee, run thence along the North Toe line of existing levee South 19°44'00" East a distance of 795.00 feet to the Point of Beginning of the tract herein described
>
> run thence North 70°16'06" East a distance of 289.61 feet;
> run thence North 19°44'00" West a distance of 54.44 feet;
> run thence North 25°16'15" East a distance of 55.00 feet;
> run thence North 19°43'30" West a distance of 93.00 feet;
> run thence North 25°16'30" East a distance of 129.08 feet;
> run thence North 70°16'06" East a distance of 66.71 feet to the Water's edge of existing Bayou;
> run thence South 22°22'57" East along said Water's edge a distance of 285.00 feet;
> run thence South 01°52' 57" East a distance of 45.00 feet;
> run thence South 22°22'57" East a distance of 103.00 feet;

run thence South 04°52'57" East a distance of 40.00 feet;
run thence South 22°22'57" East a distance of 23.00 feet;
run thence South 12°52'03" West a distance of 28.00 feet;
run thence South 31°37'03" West a distance of 70.00 feet;
run thence South 40°07'03" West a distance of 36.00 feet;
run thence South 01°37'57" East a distance of 66.00 feet;
run thence South 21°52'03" West a distance of 44.00 feet;
run thence South 03°52'57" East a distance of 55.00 feet;
run thence South 12°07'57" East a distance of 62.00 feet;
run thence South 16°22'57" East a distance of 48.00 feet;
run thence South 31°52'57" East a distance of 35.00 feet;
run thence South 13°07'57" East a distance of 44.00 feet;
run thence South 56°56'17" West a distance of 36.27 feet;
run thence South 25°12'15" East a distance of 77.16 feet;
run thence South 08°16'00" East a distance of 167.24 feet;
run thence South 70°16'06" West a distance of 245.95 feet to a point on the North Toe of the existing levee;
thence run North 19°44'00" West along said North Toe line of existing levee North 19°44'00" West a distance of 884.78 feet to the Point of Beginning.

### Tract 1 - Phase III

A tract of land located in Section 9, Township 17 North, Range 13 West, Caddo Parish, Louisiana, being more particularly described as follows:

> From the North common corner of Lots 361 and 362, Shreve Island Subdivision Unit No. 4, as recorded in Book 700, Page 155, Records of Caddo Parish, Louisiana,
>
> run North 49°48'09" East along a line being a projection of said common lines of Lots 361 and 362 a distance of 55.36 feet to the intersection of the North Toe line of existing levee; run thence along the North Toe line of existing levee South 19°44'00" East a distance of 1679.78
> feet to the Point of Beginning of the tract herein described;
> run thence North 70°16'06" East a distance of 245.95 feet to the Water's edge of existing Bayou;
> run thence South 08°16'00" East along said water's edge 252.42 feet;
> thence run South 18°21'15" East a distance of 264.81 feet;
> thence run South 31°45'15" East a distance of 636.53 feet;
> thence run South 41°19'00" West a distance of 185.38 feet;
> thence run North 43°36'00" West a distance of 341.22 feet;
> thence run South 25°54'30" West a distance of 31.43 feet to a point on the North Toe line of existing levee;
> thence run North 19°44'00" West along said North Toe line of existing levee 935.02 feet to the Point of Beginning

### Tract 2

A certain tract land described as follows; From the common rear corner of Lots 361 and 362, Shreve Island Subdivision, Unit No. 4, as recorded in Book 700, Page 155, Records of Caddo Parish, Louisiana, being In Section 9, Township 17 North, Range 13 West, said point being located on the West Toe of the existing levee;

> run thence North 49°48'09" East across said levee; on the Projection of said common lines of Lots 361 and 362, a distance of 55.36 feet;
> run thence North 70°16'00" East a distance of 15.00 feet;
> run thence North 19°44'00" West a distance of 215.00 feet to the Point of Beginning of the tract herein described, said point being the point of curvature of a curve to the left having the following data: Delta = 59°00'30", Tangent = 100.00 feet and Radius = 176.72 feet;
> run thence Northwesterly along said curve a distance of 181.98 feet, run thence North 78°44'30"
> West a distance of 390.90 feet to the intersection with the Southeast right of way line of the Shreveport-Barksdale Highway;

run thence North 47°10'45" East along said Southeast right of way line of Shreveport-Barksdale Highway, a distance of 89.60 feet;
run thence South 42°49'15" East a distance of 69.90 feet;
run thence South 78°44'30" East a distance of 281.73 feet to point of curvature of a curve to the right having the following data: Delta = 59°00'30", Tangent = 117.54 feet and Radius = 207.72 feet;
run thence Southeasterly along said curve, a distance of 213.90 feet;
run thence South 70°16'00" West a distance of 31.00 feet to the Point of Beginning.

### Tract 3

A tract of land in the Southeast corner of Lot 1 of Pinnacle Fitness Subdivision as recorded in Conveyance Book 4050, page 238 of the records of Caddo Parish, and Section 9, T 17 N, R 13 W, Caddo Parish, Louisiana, and being more particularly described as follows:

From the Northeast common corner of Lots 361 and 362 of Shreve Island Subdivision, Unit No. 4, as recorded in Conveyance Book 700, Pg. 155 of the records of Caddo Parish, Louisiana, run North 49°48'09" East with the projection of said common lot line a distance of 55.36 feet to a found iron pipe, the Southeast corner of said Lot 1, and the TRUE Point of Beginning of this tract and a tract called Tract 1- Phase 1 of the ALTA Land Title Survey for Juniper Quail Creek, LLC on February 16, 2006 by John Bowman and Associates;

Thence North 60°39'42" West a distance of 123.51 feet to a point for corner;
Thence North 29°36'57" East a distance of 90.44 feet to a set iron rod for corner;
Thence North 18°53'15" West a distance of 43.84 feet to a found iron pipe for corner;
Thence North 74°43'38" East a distance of 26.74 feet to a point for corner;
Thence South 19°44'00" East, with the common lines to said Tract 1-Phase I and said Lot 1, a distance of 193.99 feet to a found iron pipe for corner;
Thence South 70°16'00" West, with same common lines, a distance of 15.00 feet to the POINT OF BEGINNING,

NOTE FOR INFORMATION: Being Parcel No. 171316-001-0174-00, of the City of Shreveport, Parish of Caddo.

Immovable property consisting of 403 Residential Units in buildings located at 1017 Quail Creek Road, Shreveport, Louisiana