# EXHIBIT 11 - DEFAULT JUDGMENT

# 1st JUDICIAL DISTRICT COURT

## PARISH OF CADDO

## STATE OF LOUISIANA

| CAF BRIDGE BORROWER GS LLC | * | |
|---|---|---|
| | * | SUIT NUMBER 650,920 |
| versus | * | |
| | * | |
| WKK SHREVEPORT LLC | * | DIVISION "B" |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Upon considering the motion for judgment by default filed by **CAF Bridge Borrower GS LLC** (the "Lender"), the memorandum and affidavits filed in support of that motion, Louisiana Civil Procedure articles 1702 and 1702.1, and good cause appearing therefor,

**JUDGMENT IS HEREBY ENTERED** in favor of the Lender and against **WKK Shreveport LLC** in the following amounts, as of the various dates indicated below:

| Description | Amount |
|---|---|
| Unpaid Principal Balance of Note | $ 22,183,536.97 |
| Accrued Contractual Interest (8/1/23 through 9/30/24) | $ 2,488,334.15 |
| Accrued Default Interest at a rate of 5% per annum (9/9/23 through 9/29/24) | $ 1,282,580.46 |
| Late Charges | $ 163,520.75 |
| Appraisal and Lender Costs | $ 13,350.00 |
| Account and Deferred Unpaid Billings | $ 200.00 |
| Custodial and Administrative Expenses | $ 300.00 |
| Attorney's Fees (as of August 30, 2024) | $ 136,448.85 |
| Keeper Fees and Expenses (as of September 15, 2024) | $ 26,191.67 |
| Property Protection Advances (as of September 15, 2024) | $ 20,470.00 |
| **Total** | **$ 26,314,932.85** |

plus additional contractual and default interest accruing on the unpaid principal balance at a combined rate of SOFR plus 9.15% per annum from September 30, 2024 until paid, additional reasonable attorney's fees incurred after August 30, 2024, additional Keeper Fees and Expenses incurred after September 15, 2024, additional property protection expenses incurred after September 15, 2024, and all other charges, fees, and costs of collection as permitted by the Note and Loan Documents.

**JUDGMENT IS FURTHER ENTERED** in favor of CAF Bridge Borrower GS LLC and against WKK Shreveport LLC recognizing that the "Multiple Indebtedness Mortgage, Pledge of Leases and Rents and Security Agreement" dated May 5, 2022 and recorded in the official records



PGS 31  EXH 203  MIN ✓
CC ___ CP 23 ___ MAIL ___ N/J ___
INDEX ___ REC ___ FAX
W/D DOC ___ CERT MAIL
SERVICE ___ unsigned

1,000
Caddo Parish  650920
Filed Oct 09, 2024 9:41 AM  B
Hannah Harper
Deputy Clerk of Court
E-File Received Oct 09, 2024 9:16 AM\321S40370.v1

SEE ORDER FILED ON OCTOBER 11, 2024

of the Clerk of Court of Caddo Parish, Louisiana on May 16, 2022 as Entry No. 2885557, (the "Mortgage") over the Property described therein and as described in the attached Exhibit A secures the above indebtedness;

**JUDGMENT IS FURTHER ENTERED** in favor of CAF Bridge Borrower GS LLC and against WKK Shreveport LLC recognizing that the above indebtedness is secured by all of Defendant's movable property including Material Contracts, pursuant to the Mortgage and that certain UCC-1 filing recorded on September 15, 2022, bearing UCC Initial Filing No. 2022 7745615, State of Delaware;

**JUDGMENT IS FURTHER ENTERED** in favor of CAF Bridge Borrower GS LLC and against WKK Shreveport LLC recognizing Lender as holding, pursuant to the Mortgage, the Loan Agreement, and the Loan Documents a valid and enforceable continuing security interest in any and all funds in the Cash Management Account, the Rent Deposit Account, the Insurance Reserve Account and the Tax Reserve Account as securing the above indebtedness;

**JUDGMENT IS FURTHER ENTERED** in favor of CAF Bridge Borrower GS LLC and against WKK Shreveport LLC recognizing that to the extent that the Plaintiff is required during the pendency of this action to make advances or incur expenses/costs for the types of expenses/costs normally incurred or escrowed by Borrower, over and above any amounts held in escrow, or such other expenses as may be otherwise provided by the Loan Documents, such amounts are additionally due from the Borrower and secured by the Mortgage and may be included in the Plaintiff's indebtedness as of the date of any subsequent sheriff's sale of the property subject to the Mortgage;

**JUDGMENT IS FINALLY ENTERED** specifically reserving to CAF Bridge Borrower GS LLC all rights against Borrower, and all other persons for any and all other causes of action not alleged in this case, and any and all other assets or security of any kind or type, together with all rights against all other collateral, property, endorsers, guarantors, sureties, or others

JUDGMENT SIGNED in Shreveport, Louisiana on this 21st day of October, 2024.

RECEIVED ON
OCT 0 9 2024
BY JUDGE'S OFFICE

*Honorable Brady O'Callaghan*
*Judge, 1st Judicial District Court*
*Parish of Caddo, State of Louisiana*

2

1067278\321840370.v1

Respectfully Submitted,

Stephen P. Strohschein, LA Bar Roll 12541
**HINSHAW & CULBERTSON LLP**
301 Main Street, Suite 2200
Baton Rouge, Louisiana 70801
Telephone: (225) 333-3250
Facsimile: (312) 704-3001
sstrohschein@hinshawlaw.com

ATTORNEYS FOR CAF BRIDGE BORROWER GS LLC

3