**Read & Co.**

N. Read & Co. PLLC
260 Madison Avenue, 16th Floor
New York, NY 10016

Nathaniel P. T. Read
212-750-3771
nread@readandco.com

September 25, 2025

**MEMO ENDORSED**

**BY ECF AND EMAIL**

Hon. Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

      Re:   *CAF Bridge Borrower GS, LLC. v. Grunfeld et al.,*
              25-CV-01114 (KPF)

Dear Judge Failla:

    I write on behalf of plaintiff CAF Bridge Borrower GS, LLC ("Plaintiff") and jointly with counsel for defendants Menashe Grunfeld, Abraham Schreiber, Matisyohu Herzka, and Akiva Kranz ("Defendants") pursuant to counsel's September 22, 2025, email exchange with the Court's law clerk to advise the Court of the parties' proposed next steps in this action.

    Given the current status of the case and the Court's July 25, 2025, Order (Dkt. No. 23), Defendants request to renew their motion to dismiss or stay, which has been fully briefed (Dkt. Nos. 17-21 & 24). Plaintiff has no objection to renewal of Defendants' motion. Plaintiff and Defendants hereby request oral argument on Defendants' motion.

    The parties are not currently requesting that the Court take any other steps in this action.

                                                      Respectfully submitted,

                                                      */s Nathaniel P. T. Read*

                                                      Nathaniel P.T. Read

cc: All Counsel – By ECF



The Court understands that Defendants wish to renew their motion to dismiss (Dkt. #17), and Plaintiff does not object.  As such, the Defendants' request to renew their motion to dismiss is GRANTED.  The Court will rule on the motion in due course and will schedule an oral argument if it is determined to be useful.

The Clerk of Court is directed to reinstate the pending motion at docket entry 17.

Dated:     September 26, 2025              SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE